```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14984
    JOSEPH E STURGEON
    KARA A STURGEON                             CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
            Debtor
    SSN XXX-XX-1127    SSN XXX-XX-8489
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/17/07 and confirmed on 10/23/07.

2. The case was converted to Chapter 7 after confirmation, 04/27/2008.

3. The Debtor paid a total of $   7560.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 10020.14 | .00 | .00 |
| WELLS FARGO OPERATIONS C | SECURED | .00 | .00 | .00 |
| WELLS FARGO OPERATIONS C | MORTGAGE ARRE | 1607.13 | .00 | .00 |
| FIRST FINANCIAL CREDIT U | SECURED VEHIC | 11804.00 | 464.60 | 1473.74 |
| HYUNDAI MOTOR FINANCE CO | SECURED VEHIC | 21595.54 | 849.09 | 2735.21 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 12821.10 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 702.80 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 659.88 | .00 | .00 |
| B REAL LLC | UNSECURED | 11584.39 | .00 | .00 |
| B REAL LLC | UNSECURED | 4088.56 | .00 | .00 |
| B REAL LLC | UNSECURED | 393.26 | .00 | .00 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4457.07 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | 1696.46 | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | 1024.56 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 6619.14 | .00 | .00 |
| ECMC | UNSECURED | 8500.00 | .00 | .00 |
| FIRST FINANCIAL | UNSECURED | 5054.63 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DIRECT LOAN SERVICING CE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 15436.53 | .00 | .00 |
| ECMC | UNSECURED | 5000.00 | .00 | .00 |
| ROGERS & HOLLAND | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 1228.00 | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 17035.18 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1843.72 | .00 | .00 |

```
WELLS FARGO EDUC FINANCI   UNSECURED       1900.00          .00          .00
WORLD FINANCIAL NETWORK    UNSECURED       1591.65          .00          .00
ECMC                       UNSECURED      10424.64          .00          .00
ECMC                       UNSECURED       7500.00          .00          .00
JULIE STURGEON             CHILD SUPPORT NOT FILED          .00          .00
B REAL LLC                 UNSECURED       1129.18          .00          .00
WELLS FARGO EDUC FINANCI   UNSECURED       1730.69          .00          .00
WELLS FARGO EDUC FINANCI   UNSECURED       1281.13          .00          .00
SALLIE MAE GUARANTEE SER   UNSECURED       8318.91          .00          .00
SALLIE MAE GUARANTEE SER   UNSECURED       2231.00          .00          .00
SALLIE MAE GUARANTEE SER   UNSECURED       4005.40          .00          .00
     Summary of disbursements:
-----------------------------------------------------------------------------
                      SECURED     PRIORITY    UNSECURED       OTHER       TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED    45026.81         .00    138257.88         .00   183284.69
PRINCIPAL PAID         4208.95         .00          .00         .00     4208.95
INTEREST PAID          1313.69         .00          .00         .00     1313.69
TOTAL PAID             5522.64         .00          .00         .00     5522.64
```

The Debtor's attorney, CHANG & CARLIN            , was allowed $   3500.00
and was paid $   1000.00  direct and $   1655.04  through the plan.

The Trustee received $    382.32 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/26/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE



                              PAGE   2
          CASE NO. 07 B 14984 JOSEPH E STURGEON & KARA A STURGEON